IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CATHERINE JEFFRIES | |
| VS. | CIVIL ACTION NO.: 2:21-CV-106 |
| WAL-MART STORES TEXAS, L.L.C. | DEMAND FOR JURY TRIAL |

## DEFENDANT WAL-MART STORES TEXAS, L.L.C.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant, **Wal-Mart Stores Texas, L.L.C.**, Defendant in the above styled and numbered cause and removes the above action from the 94th Judicial District Court of Nueces County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division, and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and §1441 and pursuant to the requirements of 28 U.S.C. § 1332.

1. Defendant, **Wal-Mart Stores Texas, L.L.C.**, is the sole Defendant, and Catherine Jeffries is the sole Plaintiff in a lawsuit commenced in the 94th Judicial District Court of Nueces County, Texas, Cause Number 2021DCV-1388-C.

2. Plaintiff's Original Petition was filed on April 13, 2021, in the 94th Judicial District Court in Nueces County, Texas, bearing the style *Catherine Jeffries v. Wal-Mart Stores Texas, L.L.C.* and the Cause Number 2021DCV-1388-C. A copy of that suit with the citation is attached hereto as Exhibit A.

3. Plaintiff served her Original Petition upon Defendant **Wal-Mart Stores Texas, L.L.C.** via process server on April 28, 2021, through registered agent, CT Corporation. An answer in the form of a general denial was filed in the State court action on behalf of Defendant **Wal-Mart Stores Texas, L.L.C**.

4. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in the Action:

   A. Plaintiff's Original Petition

   B. Docket Sheet;

   C. Nueces County Process Request Sheet;

   D. Return of Service of Process to Wal-Mart Stores Texas, L.L.C.

   E. Defendant's Original Answer;

   F. Defendant's Notice of Removal;

5. In addition, Defendant includes a copy of the docket sheet of the state court matter, a copy of which is attached hereto as Exhibit B.

6. Defendant **Wal-Mart Stores Texas, L.L.C**. was, at the time this suit was filed, and still is a Delaware limited liability company organized and existing under the law of the State of Delaware. Its principal place of business is 702 SW 8th Street, Bentonville, Arkansas, 72716-6209. The sole member of Defendant **Wal-Mart Stores Texas, L.L.C.**, is a Wal-Mart Real Estate Business Trust. The sole member's principal office address is 702 SW 8th Street, Bentonville, Arkansas, 72716. Eric Zorn is the Trustee of Wal-Mart Real Estate Business Trust, and has residences in Bentonville, Arkansas, and San Diego, California, and thus, is not a citizen of the state of Texas.

7. According to the lawsuit, Plaintiff is an individual residing in the State of Texas.

8. No change in the State of formation, organization, incorporation, or the principal place of business of Defendant **Wal-Mart Stores Texas, L.L.C.**, or its respective member, has occurred since the commencement of the lawsuit, and Defendant **Wal-Mart Stores Texas, L.L.C**. knows of no such change in the citizenship of the Plaintiff.

9. The lawsuit is a civil action arising from a dispute pertaining to a slip and fall at a Wal-Mart store located in Corpus Christi, Nueces County, Texas. The claims made include theories of premises liability and negligence.

10. By this lawsuit, Plaintiff seeks monetary relief over $100,000,000.

11. The lawsuit is within the Federal Court's original jurisdiction pursuant to 28 U.S.C. §1332, by reason of the diversity of citizenship of the parties and the amount of controversy.

12. This lawsuit is properly removed to the United States District Court, for the Southern District of Texas, Corpus Christi Division, pursuant to 28 U. S. C. § 1441 and 28 U.S.C. §1446.

13. The Original Notice of Removal is timely filed in accordance with 28 U.S.C. §1332(a) and §1441(b), because it is filed within thirty (30) days of the date of Defendant's receipt of the summons and initial pleading and when Defendant determined the case was removable.

14. Copy of the Notice of Removal filed in the state court is attached hereto as Exhibit G.

15. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district.

16. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

17. Defendant demanded a trial by jury in the state court suit.

WHEREFORE, PREMISES CONSIDERED, Defendant **Wal-Mart Stores Texas, L.L.C.** prays that this action be removed from the 94th Judicial District Court of Nueces County, Texas, Cause No. 2021DCV-1388-C, to the United States District Court, Southern District of Texas,

Corpus Christi Division; that this Court assume jurisdiction of this action; and henceforth, that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

          Respectfully submitted,

**THORNTON, BIECHLIN,
   REYNOLDS & GUERRA, L.C.**
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216
Telephone:   (210) 342-5555
Facsimile:    (210) 525-0666
Email:       MStrauss@thorntonfirm.com
              SSmith@thorntonfirm.com

BY: _____
     Mary M. Strauss
     State Bar No.: 24008099
     Federal ID No.: 3585422
     Shavonne L. Smith
     State Bar No.: 24054956
     Federal ID No.: 770522
     **ATTORNEYS FOR DEFENDANT WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

     I hereby certify that on May 28, 2021, I electronically filed the foregoing document with the United States District Court for the Southern District of Texas Corpus Christi Division by using the CM/ECF system.  I certify that the following parties, or their counsel of record, are registered as ECF Filers and that they will be served by the CM/ECF system:

*Via Email: Info@DAGLawFirm.com*
David Aziel Garcia
Tom Landry
DAG LAW FIRM, P. C.
4101 Washington Ave, 1st Floor
Houston, Texas, 77007
(713) 444-5060
*Attorneys for Plaintiff*

_____
Shavonne L. Smith