Case 2:21-cv-00106   Document 32   Filed on 05/03/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATHERINE JEFFRIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00106 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

ORDERED on May 3, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE